437 A.2d 943

**COMMONWEALTH of Pennsylvania**

v.

**Ronald M. GRIM, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 19, 1981.

Decided Dec. 17, 1981.

Louis R. Rizzuto, Reading, for appellant.

Charles M. Guthrie, Jr., Asst. Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## ORDER

PER CURIAM.

The order of the Court of Common Pleas of Berks County is affirmed.